# Court of Appeals
## Tenth Appellate District of Texas

10-26-00221-CV

In re Daryl Smith

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on June 8, 2026, is denied. Relator's Emergency Motion for Temporary Relief, filed on June 8, 2026, is dismissed as moot. Relator's Motion to File Under Seal, filed on June 8, 2026, is granted.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: June 25, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied
Motion dismissed
Motion granted
OT06

